## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| THE CITY OF ANNAPOLIS, MARYLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-01162-GLR |
| | ) |
| | ) Action Filed: February 26, 2019 |
| PURDUE PHARMA L.P.; PURDUE PHARMA | ) Action Served: March 20, 2019 |
| INC.; THE PURDUE FREDERICK COMPANY; | ) |
| TEVA PHARMACEUTICALS USA, INC.; | ) |
| CEPHALON, INC.; JOHNSON & JOHNSON; | ) |
| JANSSEN PHARMACEUTICALS, INC.; | ) |
| ORTHO-MCNEIL-JANSSEN | ) |
| PHARMACEUTICALS, INC. n/k/a JANSSEN | ) |
| PHARMACEUTICALS, INC.; JANSSEN | ) |
| PHARMACEUTICA, INC. n/k/a JANSSEN | ) |
| PHARMACEUTICALS, INC.; ENDO HEALTH | ) |
| SOLUTIONS INC.; ENDO | ) |
| PHARMACEUTICALS INC.; INSYS | ) |
| TERAPEUTICS, INC.; CARDINAL HEALTH, | ) |
| INC.; MCKESSON CORPORATION; | ) |
| AMERISOURCEBERGEN DRUG | ) |
| CORPORATION; WILLIAM THAM, M.D.; | ) |
| PHYSICAL MEDICINE AND PAIN | ) |
| MANAGEMENT ASSOCIATES, P.C.; KOFI | ) |
| SHAW-TAYLOR; HAPPINESS AGUZIE; | ) |
| TORMARCO HARRIS; MINNIE NDEM; | ) |
| STARLIFE WELLNESS CENTER LLC; | ) |
| LAWRENCE VIDAVER, M.D.; and | ) |
| MARYLAND HEALING WATERS, LLC f/k/a | ) |
| MARYLAND HEALING WATERS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## REMOVING DEFENDANTS' STATEMENT IN
## RESPONSE TO STANDING ORDER CONCERNING REMOVAL

The Removing Defendants[1] submit this Statement in response to the Court's April 22, 2019 Standing Order Concerning Removal (Doc. 5) in which the Court requested certain information related to five subjects. For ease of reference, those five subjects are repeated below, with responses provided to each.

1. **The dates(s) on which each defendant was served with a copy of the summons and complaint.**

Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. received the summons and complaint through service on March 20, 2019.

Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. received the summons and complaint through service on March 20, 2019.

Defendants Teva Pharmaceuticals USA, Inc. and Cephalon, Inc. received the summons and complaint through service on March 20, 2019.

Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. received the summons and complaint through service on March 20, 2019.

Defendant Insys Therapeutics, Inc. received the summons and complaint through service on March 20, 2019.

Defendant McKesson Corporation received the summons and complaint through service on March 29, 2019.

---

[1] The Removing Defendants are those Defendants that removed the action (Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.), and those that consented to the Notice of Removal: Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc.; McKesson Corporation; Cardinal Health, Inc.; and AmerisourceBergen Drug Corporation.

Defendant Cardinal Health, Inc. received the summons and complaint through service on March 29, 2019.

Defendant AmerisourceBergen Drug Corporation received the summons and complaint through service on March 29, 2019.

2. **In actions predicated on diversity of citizenship, an indication of whether any defendants who have been served are citizens of Maryland, and, for any entity that is not a corporation, the citizenship of all members.**

According to documents on file in the state court action prior to removal, the following Dealer Defendants[2]—the only Defendants who may be citizens of Maryland—were served prior to removal: Happiness Aguzie; Tormarco Harris; Maryland Healing Waters LLC; and Kofi Shaw-Taylor.  Additionally, Dealer Defendants Lawrence Vidaver, M.D.; William Tham, M.D.; and Physical Medicine and Pain Management Associates, P.C. appeared in the state court action prior to removal, indicating that they may have been served.

Of the Removing Defendants, Purdue Pharma L.P. is the only entity that is not a corporation.  It is not a citizen of Maryland.  Purdue Pharma L.P.'s partners are Purdue Pharma Inc., a citizen of New York and Connecticut, and Purdue Holdings L.P.  Purdue Holdings L.P.'s partners are Purdue Pharma Inc., a citizen of New York and Connecticut; PLP Associates Holdings Inc., a citizen of New York and Connecticut; and PLP Associates Holdings L.P.  PLP Associates Holdings L.P.'s partners are PLP Associates Holdings Inc., a citizen of New York and Connecticut; and BR Holdings Associates L.P.  BR Holdings Associates L.P.'s partners are BR Holdings Associates Inc., a citizen of New York and Connecticut; Beacon Company; and Rosebay Medical Company L.P.  Beacon Company's partners are Stanhope Gate Corp., a citizen of the

---

[2] As set forth in the Notice of Removal (Doc. 1), the Dealer Defendants are: William Tham, M.D.; Physical Medicine and Pain Management Associates, P.C.; Kofi Shaw-Taylor; Happiness Aguzie; Tormarco Harris; Minnie Ndem; Starlife Wellness Center LLC; Lawrence Vidaver, M.D.; and Maryland Healing Waters, LLC f/k/a Maryland Healing Waters LLC.

British Virgin Islands and Jersey, Channel Islands; and Heatheridge Trust Company Limited, a citizen of Jersey, Channel Islands.  Rosebay Medical Company L.P.'s partners are Rosebay Medical Company, Inc., a citizen of Delaware and Connecticut; R. Sackler, a citizen of Florida; and J. Sackler, a citizen of Connecticut.

3. **If removal takes place more than thirty (30) days after any defendant was first served with a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which the defendant(s) was (were) first served with a paper identifying the basis for such removal.**

Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. timely filed the Notice of Removal on April 19, 2019.  Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. received the summons and complaint through service on March 20, 2019.  The Notice of Removal was timely filed.  *See* 28 U.S.C. § 1446(b)(1); *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

4. **In actions removed to this court predicated on diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not be summarily remanded to state court.**

This does not apply, as this action was removed less than one year from commencement.

5. **Identification of any defendant who was served in the state court action prior to the time of removal who did not formally join in the notice of removal and the reasons why such defendant did not join.**

As explained above, according to documents on file in the state court action prior to removal, the following Dealer Defendants were served prior to removal: Happiness Aguzie; Tormarco Harris; Maryland Healing Waters LLC; and Kofi Shaw-Taylor.  Additionally, Dealer Defendants Lawrence Vidaver, M.D.; William Tham, M.D.; and Physical Medicine and Pain Management Associates, P.C. appeared in the state court action prior to removal, indicating that they may have been served.  Regardless whether any Dealer Defendants have been served, as set forth in detail in the Notice of Removal (Doc. 1), the Dealer Defendants are not properly joined in

this action because they are fraudulently joined, severable under Federal Rule of Civil Procedure 21, and fraudulently misjoined.  Their citizenship is ignored for purposes of diversity jurisdiction, and their consent to removal is not required.

DATED: May 3, 2019

/s/ *John A. Freedman*
John A. Freedman (D. Md. Bar No. 20276)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington DC 20001-3743
(202) 942-5000
John.Freedman@arnoldporter.com

Sean Morris*
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

Attorneys for Defendants
ENDO PHARMACEUTICALS INC. and ENDO HEALTH SOLUTIONS INC.
*\* denotes national counsel who will seek pro hac vice admission*

/s/ *Patrick C. Smith*
Patrick C. Smith (CPF #7911090006)
David J. Quigg (CPF #9912160053)
DEHAY & ELLISTON LLP
36 S. Charles Street
Suite 1400
Baltimore, MD 21201
Tel: (410) 783-7019
Fax: 410-783-7221
psmith@dehay.com
dquigg@dehay.com

Mark S. Cheffo*
Hayden A. Coleman*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Mark.Cheffo@dechert.com
Hayden.Coleman@dechert.com

Attorneys for Defendants PURDUE PHARMA
L.P., PURDUE PHARMA INC., and THE
PURDUE FREDERICK COMPANY INC.
*denotes national counsel who will seek pro hac
vice admission*

/s/ *Steven A. Luxton*
Steven A. Luxton (MD Bar No. 9812160173)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
steven.luxton@morganlewis.com

Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL  33131-2339
brian.ercole@morganlewis.com

Attorneys for Defendants TEVA
PHARMACEUTICALS USA, INC., and
CEPHALON, INC.
*denotes national counsel who will seek pro hac
vice admission*

/s/ *Timothy M. Hurley*
Timothy M. Hurley (D. Md. Bar No. 28281)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
100 S. Charles Street, 12th Floor
Baltimore, MD 21201
Telephone: (443) 392-9415
Facsimile: (443) 392-9499
tim.hurley@nelsonmullins.com

Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

Attorneys for Defendants JOHNSON &
JOHNSON, JANSSEN PHARMACEUTICALS,
INC., ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC., and JANSSEN
PHARMACEUTICA, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.
*\* denotes national counsel who will seek pro hac vice admission*

/s/ *Jessica L. Farmer*
Jessica L. Farmer (Bar No. 18978)
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
Telephone: (202) 469-5222
jessica.farmer@hklaw.com

J. Matthew Donohue* (Trial Attorney)
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

Attorneys for Defendant INSYS THERAPEUTICS,
INC.
* *denotes national counsel who will seek pro hac
vice admission*

/s/ *Kevin B. Collins*
Kevin B. Collins (D. Md. Bar No. 13131)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5598
Facsimile: (202) 778-5598
kcollins@cov.com

Attorneys for Defendant MCKESSON
CORPORATION

/s/ *William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.
CPF: 8406010245
Michelle M. McGeogh
CPF: 0712120044
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Fl.
Baltimore, Maryland 21202
Tel.: 410.528.5600
Fax: 410.528.5650
Mcdanielw@ballardspahr.com
Mcgeoghm@ballardspahr.com

Attorneys for Defendant CARDINAL HEALTH,
INC.


/s/ *Michelle R. Mitchell, Esq.*
Michelle R. Mitchell, Esq.
Wharton, Levin Ehrmantraut & Klein, PA
104 West Street
Annapolis, Maryland 21404
(410) 263-5900
(410) 280-2230 (facsimile)
mrm@wlekn.com

Attorneys for Defendant
AMERISOURCEBERGEN DRUG
CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 3rd day of May, 2019 I directed that the

foregoing to be e-filed with this Court's electronic filing system and thereby served via the

Court's ECF filing system on all parties requiring electronic notification.

The undersigned further certifies on this 3rd day of May, 2019 I directed that the

foregoing be served by first-class mail, postage prepaid to:

| Attorneys for Plaintiff: | |
| --- | --- |
| F. Joseph Gormley<br>Frank Paul Lozupone, III<br>Paul Harrison Farmer, Jr.<br>GROMLEY JARASHOW BOWMAN LLC<br>162 West Street<br>Annapolis, MD  21401<br>Tel:  (410) 268-2255<br>Email:    fjgormley@gjblawfirm.com<br>            pfarmer@gjblawfirm.com<br>            flazupone@gjblawfirm.com<br><br>*Attorneys for Plaintiff THE CITY OF*<br>*ANNAPOLIS, MARYLAND* | |

| Defendants and Attorneys for Defendants: | |
|---|---|
| Patrick C. Smith<br>David J. Quigg<br>DEHAY & ELLISTON LLP<br>36 S. Charles Street, Suite 1400<br>Baltimore, MD 21201<br>Tel: (410) 783-7019<br>Email:   psmith@dehay.com<br>            dquigg@dehay.com<br><br>Mark S. Cheffo<br>Hayden A. Coleman<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Email:   Mark.Cheffo@dechert.com<br>            Hayden.Coleman@dechert.com<br><br>*Attorneys for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY INC.* | Steven A. Luxton<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Tel: (202) 739-3000<br>Email: steven.luxton@morganlewis.com<br><br>Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Email:   steven.reed@morganlewis.com<br><br>Brian M. Ercole<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131-2339<br>Email:   brian.ercole@morganlewis.com<br><br>*Attorneys for Defendants TEVA PHARMACEUTICALS USA, INC. and CEPHALON, INC.* |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Tel: (213) 430-6000<br>Email: clifland@omm.com<br><br>*Attorneys for Defendants JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.* | Jessica L. Farmer<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20006<br>Tel: (202) 469-5222<br>Email: jessica.farmer@hklaw.com<br><br>J. Matthew Donohue<br>Joseph L. Franco<br>HOLLAND & KNIGHT LLP<br>2300 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, OR 97204<br>Tel: (503) 243-2300<br>Email: matt.donohue@hklaw.com<br>            joe.franco@hklaw.com<br><br>*Attorneys for Defendant INSYS THERAPEUTICS, INC.* |

| | |
|---|---|
| Michelle R. Mitchell, Esq.<br>WHARTON, LEVIN EHRMANTRAUT<br>    & KLEIN, PA<br>104 West Street<br>Annapolis, MD  21404<br>Tel:  (410) 263-5900<br>Email: mrm@wlekn.com<br><br>*Attorney for Defendant*<br>*AMERISOURCEBERGEN DRUG*<br>*CORPORATION* | William Alden McDaniel, Jr.<br>Michelle M. McGeogh<br>BALLARD SPAHR LLP<br>300 E. Lombard Street, 18th Fl.<br>Baltimore, MD  21202<br>Tel:  (410) 528-5600<br>Email:  mcdanielw@ballardspahr.com<br>        mcgeoghm@ballardspahr.com<br><br>*Attorneys for Defendant CARDINAL*<br>*HEALTH, INC.* |
| Kofi Shaw-Taylor<br>2631 Green Briar Lane<br>Annapolis, MD  21401 | Tormarco Harris<br>107 Louis Drive<br>Annapolis, MD  21401 |
| Minnie Ndem<br>5937 Sandy Ridge<br>Elkridge, MD  21075 | Starlife Wellness Center LLC<br>c/o Tormarco Harris<br>9 South Crain Highway<br>Glen Burnie, MD  21061 |
| James Phelan Robinson<br>Christopher R. Daily<br>BRADY, FISCHEL & DAILY LLC<br>721 Melvin Avenue<br>Annapolis, MD  21401<br>Tel:  (410) 216-9054<br>Email: james@bfdlegal.com<br>        chris@bfdlegal.com<br><br>*Attorneys for Defendants LAWRENCE*<br>*VIDAVER, M.D. and MARYLAND HEALING*<br>*WATERS, LLC f/k/a MARYLAND HEALING*<br>*WATERS LLC* | |

Dated:  May 3, 2019

/s/ *John A. Freedman*
John A. Freedman (D. Md No. 20276)
ARNOLD & PORDER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3473
Telephone:  (202) 942-5000
Email:  John.Freedman@arnoldporter.com

13