**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| THE CITY OF ANNAPOLIS, MARYLAND,<br><br>                Plaintiff,<br><br>       v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; INSYS TERAPEUTICS, INC.; CARDINAL HEALTH, INC.; MCKESSON CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; WILLIAM THAM, M.D.; PHYSICAL MEDICINE AND PAIN MANAGEMENT ASSOCIATES, P.C.; KOFI SHAW-TAYLOR; HAPPINESS AGUZIE; TORMARCO HARRIS; MINNIE NDEM; STARLIFE WELLNESS CENTER LLC; LAWRENCE VIDAVER, M.D.; and MARYLAND HEALING WATERS, LLC f/k/a MARYLAND HEALING WATERS LLC,<br><br>                Defendants. | Case No. 1:19-cv-01162-GLR<br><br>Action Filed: February 26, 2019<br>Action Served: March 20, 2019 |

**DECLARATION OF JOHN A. FREEDMAN IN SUPPORT OF**
**NOTICE OF REMOVAL PURSUANT TO CIVIL LOCAL RULE 103.5(A)**

I, John A. Freedman, do hereby declare under penalty of perjury as follows:

1.      I make this declaration pursuant to Civil Local Rule 103.5(a) in support

Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.'s Notice of Removal.

2.      Attached as Exhibit 1 is a true and correct copy of all documents filed in the state

court action (except the Complaint, which was filed with the Notice of Removal), captioned *The*

*City of Annapolis, Maryland v. Purdue Pharma L.P. et al.*, bearing case number C-02-CV-19-

000594 in the Circuit Court of Maryland for Anne Arundel County, prior to removal.


DATED: May 3, 2019                    /s/ *John A. Freedman*
                                      John A. Freedman (D. Md. Bar No. 20276)
                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      601 Massachusetts Ave, NW
                                      Washington DC 20001-3743
                                      (202) 942-5000
                                      John.Freedman@arnoldporter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 3rd day of May, 2019 I directed that the

foregoing to be e-filed with this Court's electronic filing system and thereby served via the

Court's ECF filing system on all parties requiring electronic notification.

The undersigned further certifies on this 3rd day of May, 2019 I directed that the

foregoing be served by first-class mail, postage prepaid to:

| Attorneys for Plaintiff: | |
|---|---|
| F. Joseph Gormley<br>Frank Paul Lozupone, III<br>Paul Harrison Farmer, Jr.<br>GROMLEY JARASHOW BOWMAN LLC<br>162 West Street<br>Annapolis, MD  21401<br>Tel:  (410) 268-2255<br>Email:    fjgormley@gjblawfirm.com<br>            pfarmer@gjblawfirm.com<br>            flazupone@gjblawfirm.com<br><br>*Attorneys for Plaintiff THE CITY OF*<br>*ANNAPOLIS, MARYLAND* | |

| Defendants and Attorneys for Defendants: | |
|---|---|
| Patrick C. Smith<br>David J. Quigg<br>DEHAY & ELLISTON LLP<br>36 S. Charles Street, Suite 1400<br>Baltimore, MD  21201<br>Tel:  (410) 783-7019<br>Email:    psmith@dehay.com<br>              dquigg@dehay.com<br><br>Mark S. Cheffo<br>Hayden A. Coleman<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036<br>Tel:  (212) 698-3500<br>Email:    Mark.Cheffo@dechert.com<br>              Hayden.Coleman@dechert.com<br><br>*Attorneys for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., and THE PURDUE FREDERICK COMPANY INC.* | Steven A. Luxton<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004-2541<br>Tel:  (202) 739-3000<br>Email: steven.luxton@morganlewis.com<br><br>Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>Tel:  (215) 963-5000<br>Email:    steven.reed@morganlewis.com<br><br>Brian M. Ercole<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL  33131-2339<br>Email:    brian.ercole@morganlewis.com<br><br>*Attorneys for Defendants TEVA PHARMACEUTICALS USA, INC. and CEPHALON, INC.* |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA  90071<br>Tel:  (213) 430-6000<br>Email: clifland@omm.com<br><br>*Attorneys for Defendants JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.* | Jessica L. Farmer<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC  20006<br>Tel:  (202) 469-5222<br>Email: jessica.farmer@hklaw.com<br><br>J. Matthew Donohue<br>Joseph L. Franco<br>HOLLAND & KNIGHT LLP<br>2300 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, OR  97204<br>Tel:  (503) 243-2300<br>Email: matt.donohue@hklaw.com<br>              joe.franco@hklaw.com<br><br>*Attorneys for Defendant INSYS THERAPEUTICS, INC.* |

| | |
|---|---|
| Michelle R. Mitchell, Esq.<br>WHARTON, LEVIN EHRMANTRAUT<br>   & KLEIN, PA<br>104 West Street<br>Annapolis, MD  21404<br>Tel:  (410) 263-5900<br>Email: mrm@wlekn.com<br><br>*Attorney for Defendant*<br>*AMERISOURCEBERGEN DRUG*<br>*CORPORATION* | William Alden McDaniel, Jr.<br>Michelle M. McGeogh<br>BALLARD SPAHR LLP<br>300 E. Lombard Street, 18th Fl.<br>Baltimore, MD  21202<br>Tel:  (410) 528-5600<br>Email: mcdanielw@ballardspahr.com<br>       mcgeoghm@ballardspahr.com<br><br>*Attorneys for Defendant CARDINAL*<br>*HEALTH, INC.* |
| Kofi Shaw-Taylor<br>2631 Green Briar Lane<br>Annapolis, MD  21401 | Tormarco Harris<br>107 Louis Drive<br>Annapolis, MD  21401 |
| Minnie Ndem<br>5937 Sandy Ridge<br>Elkridge, MD  21075 | Starlife Wellness Center LLC<br>c/o Tormarco Harris<br>9 South Crain Highway<br>Glen Burnie, MD  21061 |
| James Phelan Robinson<br>Christopher R. Daily<br>BRADY, FISCHEL & DAILY LLC<br>721 Melvin Avenue<br>Annapolis, MD  21401<br>Tel:  (410) 216-9054<br>Email: james@bfdlegal.com<br>     chris@bfdlegal.com<br><br>*Attorneys for Defendants LAWRENCE*<br>*VIDAVER, M.D. and MARYLAND HEALING*<br>*WATERS, LLC f/k/a MARYLAND HEALING*<br>*WATERS LLC* | |

Dated:  May 3, 2019

/s/ *John A. Freedman*
John A. Freedman (D. Md No. 20276)
ARNOLD & PORDER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3473
Telephone:  (202) 942-5000
Email:  John.Freedman@arnoldporter.com