# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| **THE CITY OF ANNAPOLIS, MARYLAND,** ) ) ) | |
| *Plaintiff,* ) ) | **Case No. 1:19-cv-01162-GLR** |
| v. ) ) | |
| **PURDUE PHARMA L.P.,** *et al.***,** ) ) | |
| *Defendants***.** ) ) ) ) | |

## ENTRY OF APPEARANCE FOR
## DEFENDANT CARDINAL HEALTH, INC.

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Please enter my appearance as Counsel for Defendant Cardinal Health, Inc. in the above-captioned matter. I certify that I am admitted to practice in this court and am familiar with the FEDERAL RULES OF CIVIL PROCEDURE, the FEDERAL RULES OF EVIDENCE, the FEDERAL RULES OF APPELLATE PROCEDURE, and the LOCAL RULES of this Court.

Date: May 8, 2019

/s/_____
William Alden McDaniel, Jr.
Fed. Bar No. 000571
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel.: 410.528.5600
Fax: 410.528.5650
mcdanielw@ballardspahr.com

*Attorneys for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2019, I directed that the foregoing be e-filed with this Court's electronic filing system and thereby served via the Court's ECF filing system on all parties requiring electronic notification.

/s/
William Alden McDaniel, Jr.